JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY, <br> Plaintiff/Stakeholder, <br> vs. <br> JAMAAL FISHER, CHRISTOPHER FISHER, and VALERIE WALTON, Executor of the Estate of CRYSTAL R. JAMES, Deceased <br> Defendants/Claimants. | Case No. 2:20-cv-05192-FMO (GJSx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiff's Unopposed Motion for Order Directing Payment of Proceeds, Discharge of Plaintiff, and Dismissal of Action,

IT IS ORDERED that this case is dismissed with prejudice.

Dated: _May 20, 2021_

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE